UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKHAIL USHER, <br> USHER LAW GROUP P.C. <br><br> Plaintiff, <br><br> -against- <br><br> EMPOWER GROUP PARTNERS, INC., <br> a/k/a EMPOWER GROUP <br><br> Defendant, | NO. **1:18-cv-03047** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)** |

**IT IS HEREBY NOTICED** by the Plaintiffs and their attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: July 19, 2018

Respectfully submitted,

/s/ Nicholas Sarta
Nicholas Sarta, Esq.
Sarta & Scarpati, LLP
*Attorneys for Plaintiff*
7317 13th Avenue
Brooklyn, New York 11228
Telephone:  (718) 232-3330