UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKHAIL USHER,<br>USHER LAW GROUP P.C.<br><br>      Plaintiff,<br><br> -against-<br><br>EMPOWER GROUP PARTNERS, INC.,<br>a/k/a EMPOWER GROUP<br><br>      Defendant, | NO. **1:18-cv-03047**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)** |

**IT IS HEREBY NOTICED** by the Plaintiffs and their attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: July 19, 2018

Respectfully submitted,

/s/ Nicholas Sarta
Nicholas Sarta, Esq.
Sarta & Scarpati, LLP
*Attorneys for Plaintiff*
7317 13th Avenue
Brooklyn, New York 11228
Telephone: (718) 232-3330

So Ordered

s/Carol Bagley Amon

7/25/18

-1-